JUDGE FRANK MONTALVO FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2013 JUN 12 PM 1:54

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § ANDRES TELLEZ-RAMIREZ, § a.k.a. Victor Lopez, § a.k.a. Ricky Montana, § § Defendant. § | CRIMINAL NO. **INDICTMENT** CT 1: 8 U.S.C. § 1326 – Illegal Re-Entry. |

EP13CR1242

THE GRAND JURY CHARGES:

**COUNT ONE**
(8 U.S.C. § 1326)

That on or about May 22, 2013, in the Western District of Texas, Defendant,

**ANDRES TELLEZ-RAMIREZ,**
a.k.a. Victor Lopez,
a.k.a. Ricky Montana,

an alien, who had previously been excluded, deported, and removed from the United States on or about April 4, 2013, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney