IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| v. | § | CRIMINAL NO. EP-13-CR- |
| ANDRES TELLEZ-RAMIREZ,<br>a.k.a. Victor Lopez,<br>a.k.a. Ricky Montana, | § § § § | |
| Defendant. | § § | |

**EP13CR1242**

## NOTICE OF INTENT TO SEEK INCREASED STATUTORY PENALTY

The United States Attorney hereby notifies the Defendant that the Government will seek the increased penalties provided by Title 8, United States Code, Section 1326(b)(1).

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
FOR CARLOS G. HERMOSILLO
Assistant U.S. Attorney
Texas Bar #09514450
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884